**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------- x

JOSE OBISPO,

                    Plaintiff,

   -against-

ROYAL ONE STOP SUPERMARKET CORP.,
ONE STOP LIVE MARKET INC, WALEED
SIMREEN, AND OSAMAH SIMREEN

                    Defendants.

------------------------------------- x

ORDER

21 Civ. 1198 (GBD)

GEORGE B. DANIELS, District Judge:

    In light of the referral of the above-captioned matter to mediation, (ECF No. 26), the June 10, 2021 initial conference is adjourned to August 10, 2021 at 9:30 a.m.

Dated: June 1, 2021
       New York, New York

                                                        SO ORDERED.

                                                        *George B. Daniels*
                                                        GEORGE B. DANIELS
                                                        UNITED STATES DISTRICT JUDGE