# Law Offices of Colin Mulholland

Employment and Civil Litigation

30-97 Steinway Street.  
Suite 301-A  
Astoria, NY 11103

Telephone: (347) 687-2019  
cmulhollandesq@gmail.com

November 14th, 2021

Honorable George B. Daniels  
United States District Judge  
500 Pearl Street  
New York, NY 10007

NOV 15 2021

Re: Obispo v. Royal One Stop Supermarket Corp. et al, 21-cv-1198 (GBD)

Your Honor,

I write to respectfully request that the initial conference scheduled for November 17th, 2021 be adjourned. This application is at the request and consent of opposing counsel who recently called the undersigned about requesting such an adjournment.

Moreover, my wife and I will be giving birth on November 18th, 2021 to our daughter at 7:30 A.M. And, having more time on day before – November 17th – would mean the world.

/s/Colin Mulholland, Esq.  
Colin Mulholland, Esq.  
30-97 Steinway, Ste. 301-A  
Astoria, New York 11103  
Telephone: (347) 687-2019  
*Attorney for Plaintiff*

**SO ORDERED**

The initial conference is adjourned until December 15, 2021 at 10:00 a.m.

*George B. Daniels*  
NOV 15 2021 HON. GEORGE B. DANIELS