# Law Offices of Colin Mulholland

Employment and Civil Litigation

30-97 Steinway Street.
Suite 301-A
Astoria, NY 11103

Telephone: (347) 687-2019
cmulhollandesq@gmail.com

November 24th, 2021

Honorable George B. Daniels
United States District Judge
500 Pearl Street
New York, NY 10007



Re: Obispo v. Royal One Stop Supermarket Corp. et al, 21-cv-1198 (GBD)

Your Honor,

I write to respectfully request that the initial conference scheduled for December 15th, 2021 be adjourned or that counsel be permitted to attend telephonically. The undersigned has a long-standing mediation scheduled for December 15th, 2021 starting at 10 A.M. in another case that will be very difficult to move.

/s/Colin Mulholland, Esq.
Colin Mulholland, Esq.
30-97 Steinway, Ste. 301-A
Astoria, New York 11103
Telephone: (347) 687-2019
Attorney for Plaintiff

**SO ORDERED**

The initial conference is adjourned until
January 4, 2022 at 9:45 a.m.

George B. Daniels   DEC 0 1 2021
GEORGE B. DANIELS