# Law Offices of Colin Mulholland

Employment and Civil Litigation

30-97 Steinway Street.  
Suite 301-A  
Astoria, NY 11103

Telephone: (347) 687-2019  
cmulhollandesq@gmail.com

November 30th, 2021

Honorable George B. Daniels  
United States District Judge  
500 Pearl Street  
New York, NY 10007

**SO ORDERED:**

*George B. Daniels*  
George B. Daniels, U.S.D.J.

Dated: DEC 0 1 2021

Re: Obispo v. Royal One Stop Supermarket Corp. et al, 21-cv-1198 (GBD)

Your Honor,

Defendants recently filed a motion at Docket Number 43. After a phone discussion just recently tonight between counsel, the parties have agreed to respectfully present the attached proposed briefing schedule if the Court would so permit:

1. Defendants will re-file their motion on or before December 3rd, 2021. Defendants' had some technical trouble correctly uploading some of the Exhibits to their motion and have asked for leave to re-file it in a more orderly manner.

2. Plaintiff will submit opposition papers within 45 days after Defendants' re-file their motion, to accommodate the intervening Christmas holiday. And, to be clear, there are many contentions within the motion papers currently filed that Plaintiff will indeed be disputing both factually and legally in the opposition papers contrary to some of the comments within the Defendants' papers as presently filed.

3. Defendants will reply within 15 days after Plaintiff files his opposition.

The parties thank the Court for its attention and apologize for any confusion.

*/s/Colin Mulholland, Esq.*  
Colin Mulholland, Esq.  
30-97 Steinway, Ste. 301-A  
Astoria, New York 11103

Telephone: (347) 687-2019
*Attorney for Plaintiff*