# Law Offices of Colin Mulholland

Employment and Civil Litigation

30-97 Steinway Street.  
Suite 301-A  
Astoria, NY 11103

Telephone: (347) 687-2019  
cmulhollandesq@gmail.com

December 28th, 2021

Honorable George B. Daniels  
United States District Judge  
500 Pearl Street  
New York, NY 10007

JAN 0 4 2022

Re: Obispo v. Royal One Stop Supermarket Corp. et al, 21-cv-1198 (GBD)

Your Honor,

The parties would jointly respectfully request that the Court adjourn the currently scheduled initial conference of January 4th, 2022 until after the currently pending motion of Defendants' is fully briefed.

The parties had agreed to the following briefing schedule at Dkt 44 which the Court endorsed:

1. Defendants' Motion to Dismiss was already filed on December 1st, 2021
2. Plaintiff to file his opposition on or before January 14th, 2022
3. Defendant to file a reply on or before February 14th, 2022. This date is proposed to be modified on consent since the last letter motion asking for a briefing schedule – Dkt No. 44.

The parties defer to the Court on the proper date and time for an initial conference and would respectfully request such a conference be scheduled after February 14th, 2022. And, the parties thank the Court for its attention and patience in this matter.

SO ORDERED  
The oral argument is scheduled for  
March 30, 2022 at 10:30 a.m.

*George B. Daniels* JAN 0 4 2022  
HON. GEORGE B. DANIELS

*/s/Colin Mulholland, Esq.*  
Colin Mulholland, Esq.  
30-97 Steinway, Ste. 301-A  
Astoria, New York 11103  
Telephone: (347) 687-2019  
*Attorney for Plaintiff*