**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------ x

JOSE OBISPO,

                Plaintiff,

  -against-

ROYAL ONE STOP SUPERMARKET CORP.,
ONE STOP LIVE MARKET INC, WALEED
SIMREEN, AND OSAMAH SIMREEN

                Defendants.
------------------------------------ X

ORDER

21 Civ. 1198 (GBD)

GEORGE B. DANIELS, District Judge:

    The Court has been notified that Defendants' counsel has passed away. The March 30, 2022 oral argument is adjourned sine die. Defendants shall have 60 days to obtain new counsel and inform the Court whether they plan to continue to defend this case and proceed with the pending motion to dismiss, (ECF No. 47), filed on December 1, 2021.

    A copy of this order will be mailed to the Defendants.

Dated: March 21, 2022
       New York, New York

SO ORDERED.

*George B. Daniels*
GEORGE B. DANIELS
UNITED STATES DISTRICT JUDGE