**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------ x
JOSE OBISPO,

                 Plaintiff,

  -against-

ROYAL ONE STOP SUPERMARKET CORP.,
ONE STOP LIVE MARKET INC, WALEED
SIMREEN, AND OSAMAH SIMREEN

                Defendants.
------------------------------------ X

ORDER

21 Civ. 1198 (GBD)

GEORGE B. DANIELS, District Judge:

    Given that the parties consented to have Magistrate Judge Ona T. Wang conduct all proceedings, the July 26, 2022 status conference is cancelled.

Dated: July 20, 2022
       New York, New York

SO ORDERED.

*George B. Daniels*
GEORGE B. DANIELS
UNITED STATES DISTRICT JUDGE