**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

```
------------------------------------------------------------x
JOSE OBISPO,                                                :
                                                            :
                               Plaintiff,                   :            21-CV-1198 (OTW)
                                                            :
                   -against-                                :            ORDER
                                                            :
ROYAL ONE STOP SUPERMARKET CORP.,                           :
                                                            :
                               Defendants.                  :
                                                            :
                                                            :
------------------------------------------------------------x
```

**ONA T. WANG**, **United States Magistrate Judge:**

The parties are directed to file monthly joint status letters on the last business Friday of each month beginning **August 25, 2023.**

**SO ORDERED.**

                                                                 *s/ Ona T. Wang*

Dated: July 19, 2023                              **Ona T. Wang**
       New York, New York                United States Magistrate Judge