**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

-------------------------------------------------------------x

JOSE OBISPO,                                                 :
                                                            :
                        Plaintiff,                          :          21-CV-1198 (OTW)
                                                            :
                        -against-                           :          **ORDER**
                                                            :
ROYAL ONE STOP SUPERMARKET CORP., et al.                    :
                                                            :
                        Defendants.                         :
                                                            :
                                                            :
-------------------------------------------------------------x

**ONA T. WANG**, **United States Magistrate Judge:**

The Court is in receipt of the letter submitted by counsel for Defendants at ECF 89.

Defendants' counsel is directed to file their motion to withdraw by **April 5, 2024**.

Counsel must serve a copy of their motion to withdraw as well as any accompanying affidavits

on Defendants, and file a proof of service on the docket, by **April 5, 2024.**

Counsel may submit their affidavits under seal. Counsel may <u>not</u> file their motion to

withdraw under seal.

**SO ORDERED.**

Dated: March 13, 2024                           ___s/ Ona T. Wang_____
       New York, New York                       **Ona T. Wang**
                                                United States Magistrate Judge