**MEMO ENDORSED.**

# Law Offices of Colin Mulholland

Employment and Civil Litigation

36-36 33rd Street.  
Suite 308  
Astoria, NY 11106

Telephone: (347) 687-2019  
cmulhollandesq@gmail.com

May 10, 2024

Honorable Ona T. Wang  
United States Magistrate Judge  
500 Pearl Street  
New York, NY 10007

Re: Obispo v. Royal One Stop Supermarket Corp. et al, 21-cv-1198 (OTW)

Your Honor,

The parties have a proposed settlement draft in circulation for client comment and review. If the Court would so permit, the parties would ask for an additional three weeks to submit the Cheeks motion in this matter.

/s/Colin Mulholland, Esq.  
Colin Mulholland, Esq.  
36-36 33rd Street, Suite 308  
Astoria, New York 11106  
Telephone: (347) 687-2019  
*Attorney for Plaintiff*

Application **GRANTED. SO ORDERED.**

_____  
Ona T. Wang  
U.S.M.J.  
5/13/2024